RECEIVED IN
The Court of Appeals
Sixth District

NOV 0 6 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

NOV 0 6 2015

Texarkana, Texas
Debra K. Autrey, Clerk

11-2-15

Judge Morriss,

Re: Allen "F" Calton v Steve Schiller, et al
Appeal No. 06-15-00062-CV

Sir I need the standard of Review that is necessary to show that my claims are civilly actionable due to the extraordinary circumstance that exist therein. This court or Any Appellate Court's opinion providing said, elements and/or necessary prongs to meet would be appreciated. I'm not asking you for legal advice. I've read your opinion in Kennedy v Staples 336 sw3d 745, 753-54 (Tex App Texarkana 2011). And you elaborate on the subject but you did not cite the case of the standard I wish to meet in the instant case. A courtesy copy of any related opinion on seeking civil relief would be appreciated forwarded to me at the address below. As you know I'm a mentally ill pro se litigant thats under an extensive psychotropic medication regimen which should be good cause to receive the above requested material and/or case cite. See weekley v Jones 927 F2d 382, 385-86 (8th Cir 1991) (prisoner's pro se status, his impaired mental health and his use of psychotropic medication constituted good cause.

Respectfully Submitted,

Allen "F" Calton

Allen "F" Calton # 1123880
Stiles Unit
3060 FM 3514
Beaumont, TX. 77705